## LEROY HARRIS *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 108 Conn. App. 201 (AC 28382), is denied.

*John A. East III*, senior assistant state's attorney, in support of the petition.

*David J. Reich*, special public defender, in opposition.

Decided July 9, 2008

## MONICA ERVIN *v.* PASQUALE AVALLONE

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 55 (AC 28515), is denied.

*Monica Ervin*, pro se, in support of the petition.

*Ralph S. Keen III*, in opposition.

Decided July 9, 2008

## STEVEN SCHWARTZ *v.* FAMILY DENTAL GROUP, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 106 Conn. App. 765 (AC 27880), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*David T. Grudberg*, in support of the petition.

*Stuart M. Katz* and *Barbara M. Schellenberg*, in opposition.

Decided July 17, 2008